UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DEL CONSUELO VAZQUEZ,<br><br>Defendant. | Case No. CV 18-5215 FMO (GJSx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

IT IS ADJUDGED that judgment is hereby entered in favor of the United States and against Maria Del Consuelo Vazquez.

Pursuant to 26 U.S.C. § § 7407(b) and 7402(a), it is **HEREBY ORDERED** that Maria Del Consuelo Vazquez is permanently enjoined from:

1. Acting as a federal tax return preparer, or filing, assisting in, or directing the preparation or filing of federal tax returns, amended returns, or other federal tax documents or forms, for any person or entity other than herself;

2. Owning, operating, managing, controlling, working for, profiting from, or volunteering for any business that provides services relating to the filing or preparation of federal tax returns;

3. Seeking permission or authorization (or helping or soliciting others to seek permission or authorization) to file tax returns with an IRS Preparer Tax Identification Number ("PTIN") and/or IRS Electronic Filing Identification

Number ("EFIN"), or other IRS service or program by which one prepares or files tax returns; and

  4. Using, maintaining, renewing, obtaining, transferring, selling, or assigning any PTIN(s) and EFIN(s).

**IT IS FURTHER ORDERED** that Maria Del Consuelo Vazquez surrender the existing PTIN registered in her name.

**IT IS FURTHER ORDERED** that the United States is entitled to conduct discovery to monitor Maria Del Consuelo Vazquez's compliance with the terms of this Order and Judgment of Permanent Injunction entered against her.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over Maria Del Consuelo Vazquez to enforce this Judgment and Permanent Injunction entered against her.

Dated: September 17, 2018       _____/s/_____
                     Fernando M. Olguin
                     United States District Judge