UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIA DEL CONSUELO VAZQUEZ,<br><br>　　　　Defendant. | Case No. CV 18-5215 FMO(GJSx)<br><br>ORDER TO SHOW CAUSE WHY MARIA DEL CONSUELO VAZQUEZ SHOULD NOT BE HELD IN CONTEMPT OF THIS COURT'S SEPTEMBER 18, 2018 JUDGMENT AND PERMANENT INJUNCTION (Doc. 17)<br><br>Honorable Fernando M. Olguin |

　　　Maria Del Consuelo Vazquez is hereby ORDERED to respond to the allegations in the United States' Application for Order to Show Cause Why Maria Del Consuelo Vazquez Should Not Be Held in Contempt of this Court's September 18, 2018 Judgment and Permanent Injunction (Doc. 17) dated February 9, 2022, in writing by no later than **April 8, 2022**.

　　　This Court will hold a hearing on this Order to Show Cause at the United States Courthouse, 350 W. 1st Street, 6th Floor, Courtroom 6D, Los Angeles, CA 90012, on Thursday, **May 12, 2022, at 10 a.m.**

Dated:  February 16, 2022　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE