UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA DEL CONSUELO VAZQUEZ,<br><br>Defendant. | Case No. 2: CV 18-5215 FMO(GJSx)<br><br>JUDGMENT<br><br><br>Honorable Fernando M. Olguin |

Based on the parties' Stipulation Regarding this Court's Order to Show Cause Why Maria Del Consuelo Vazquez Should Not Be Held in Contempt of this Court's September 18, 2018 Judgment and Permanent Injunction (Doc. 20) and for good cause shown:

IT IS HEREBY ORDERED that JUDGMENT is entered in favor of the United States and against Maria Del Consuelo Vazquez, in the amount of $18,782.

IT IS FURTHER ORDERED that Maria Del Consuelo Vazquez shall pay the Judgment in full within 120 days of entry of this Judgment, with payment sent by certified check to:

> United States Attorney's Office, CDCA
> Tax Division
> Attn: AUSA Briggs
> 300 North Los Angeles St., Suite 7122
> Los Angeles, CA 90012

1
2   IT IS FURTHER ORDERED that if Maria Del Consuelo Vazquez cannot pay this
3   Judgment in full within 120 days, she is ordered to provide the United States a
4   completed IRS Form 433-A financial information disclosure and proposed payment plan
5   based on her ability to pay within 120 days.
6   IT IS FURTHER ORDERED that the United States is entitled to post-judgment
7   discovery as needed to collect its judgment.
8   IT IS FURTHER ORDERED that if Maria Del Consuelo Vazquez continues to
9   fail to comply with this Court's September 18, 2018, Judgment and Permanent
10  Injunction, this Court may issue additional orders to induce her compliance, including
11  criminal contempt, her arrest, and additional monetary sanctions.
12  IT IS FURTHER ORDERED that Maria Del Consuelo Vazquez need not respond,
13  in writing, to the allegations in the United States' Application for Order to Show Cause.
14  IT IS FURTHER ORDERED that this Court's May 12, 2022, hearing in this
15  matter is VACATED.
16  IT IS SO ORDERED.
17       Dated: March 24, 2022                    /s/
18                                       FERNANDO M. OLGUIN
19                                       UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28